AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED
Oct 01, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

United States of America
v.

FRANK JOHN NOWITZKI

*Defendant(s)*

Case No. 2:26-mj-0145 CSK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 2, 2026 in the county of Sacramento in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

FBI Special Agent Christopher Gecewicz
*Printed name and title*

Sworn to me and signed via telephone.

Date: October 1, 2026

Chi Soo Kim
*Judge's signature*

City and state: Sacramento, CA

Chi Soo Kim, U.S. Magistrate Judge
*Printed name and title*

ERIC GRANT
United States Attorney
KIMBERLY SOKOLICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRANK JOHN NOWITZKI,<br>Defendant. | CASE NO.<br><br>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT<br><br>**UNDER SEAL** |

## INTRODUCTION

I, Christopher Gecewicz, having been first duly sworn, do hereby depose and state as follows:

1. I make this affidavit in support of a criminal complaint for FRANK JOHN NOWITZKI. Based on the facts set forth in this affidavit, there is probable cause to believe that on or about September 2, 2026, NOWITZKI violated 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography.

2. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since January of 2021. I was trained as an FBI Special Agent at the FBI Academy in Quantico, Virginia. During my time training in Quantico, I received specialized training in the methodology of general law enforcement. I am currently assigned to a Violent Crimes Squad of the Sacramento Division of the FBI, responsible for investigating and identifying child pornography (as defined in 18 U.S.C. § 2256) and child exploitation crimes. In the course of my employment, I have participated in over 200 investigations in connection with child exploitation and child sexual abuse

material (CSAM). I have specifically received training in these areas and, as part of my investigations, have observed and reviewed numerous examples of child pornography in all forms of media, including computer media. I have performed law enforcement-related tasks such as executing state and federal search and arrest warrants, utilizing confidential sources, coordinating undercover operations, and surveilling subjects. Moreover, I am a federal law enforcement officer who is engaged in investigating and enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2422, and I am authorized by the Attorney General to request an arrest warrant.

3. The statements contained in this affidavit are based in part on: information provided by other law enforcement agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; investigation I have participated in; and my experience, training and background as an Agent with the FBI. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a criminal complaint, it does not set forth every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary foundation and probable cause for the requested arrest warrant. All dates and times listed on this affidavit are approximate.

## RELEVANT STATUTES

4. This investigation concerns alleged violations of 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography, which prohibits any person using any means or facility of interstate and foreign commerce, including the internet, from knowingly receiving a visual depiction of a minor engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

## PROBABLE CAUSE

5. In September 2026, a foreign law enforcement agency[1] (FLA), operating in an online undercover capacity was monitoring Signal group chats for possible child exploitation offenses. Signal is a free, end-to-end encrypted messaging application used over the internet, based in Mountain View, California and run by the Signal Technology Foundation. Two of the group chats the FLA observed included "Father son nude bonding" and "Ganymendean Brotherhood."

[1] Your affiant is familiar with this foreign law enforcement agency and knows that they have previously assisted in FBI investigations and have provided reliable information in the past.

6. In Signal, the FLA observed Signal user "Max Cox" messaging in the "Father son nude bonding" group chat. On September 4, 2026, Max Cox messaged "Thanks check out my X @MaxCoxXL if you like big dick and sloppy fucking."

7. On September 22, 2026, Max Cox posted the following message in Signal.




8. On or about September 22, 2026, Max COX shared 14 media files (videos and still images) in the "Ganymendean Brotherhood" group chat. The images depicted the sexual abuse of a prepubescent minor victim by two unidentified male subjects. Based on the images, it appears to be the same minor victim in the majority of the videos. EXIF data for some of the file dates indicates the files were produced in June and July of 2026.[2]

9. On September 23, 2026, the FLA shared media files with the FBI's Child Exploitation Operation Unit/Operation Rescue Me (ORM), who subsequently shared the files with your affiant. Below are the descriptions of some of the video files:[3]

a. **File Name:** 1146411B-A5A9-4586-A781-EFBA8A0509F6.mp4

**File Description:** This is a color video, 29 seconds in length. The background depicts what appears to be a prepubescent minor victim, with their blue and yellow underwear pulled down to expose their buttocks, with a gray blanket in the top of the frame. In the foreground,

[2] EXIF data is information about the photo or video that is saved automatically within the file that records specific details about how, when, and where the photo or video was created, such as the camera model, exposure settings, and date.

[3] Your affiant has provided the following summaries of the CSAM files for the purpose of establishing probable cause. Should the court deem it necessary, your affiant will make the images described available to the Court for an in-person review.

an adult male is masturbating his erect penis. The adult male ejaculates onto the exposed buttocks and in the butt crack of the prepubescent minor. Towards the end of the video, the camera is physically moved closer to the buttocks/anus to show the erect penis rubbing against the butt crack of the minor victim to wipe/spread the ejaculate in the butt crack.

b. **File Name:** 695369455357725962.mp4

**File Description:** This is a color video, 51 seconds in length. There is an adult male in black and white striped Jockey brand boxer briefs pulled down, exposing his erect penis. He is rubbing his erect penis with his right hand. In front of the adult male is what appears to be a prepubescent minor victim, with black Pikachu underwear pulled down to expose their buttocks. The adult male ejaculates on the minor victim's lower back, bare buttocks, and butt crack. The erect penis rubbed against the butt crack of the prepubescent minor victim to wipe/spread the ejaculate. The erect penis also slapped the exposed butt cheek multiple times.

c. **File Name:** IMG_1809.mp4

**File Description:** This is a color video, 47 seconds in length. This video is identical to the file described above in subsection b, however, the camera angle is from the viewpoint of the adult male in the black and white zebra-striped Jockey brand boxer briefs. The prepubescent minor victim has the same black Pikachu underwear.

d. **File Name:** IMG_1812.mp4

**File Description:** This is a color video, 37 seconds in length. This video depicts a prepubescent minor that appears to be asleep on a tan pillow cover and a light gray blanket. The camera angle is shot from the adult male's point of view and focuses on the minor victim's face while the adult male strokes his erect penis. The adult male ejaculates on the minor victim's face.

10. Using an open-source image repository, ORM located an image of a child on an Instagram page of a Roseville, California elementary school[4] that was visually similar to the victim in

---

[4] I am aware of the name and address of the elementary school but am not including it in this affidavit to protect the confidentiality of this investigation at an early stage, as well as to protect the

the CSAM files. Your affiant confirmed the identity of the child victim with the school district, who provided the victim's information.

11. On September 23, 2026, your affiant interviewed the victim's mother. Your affiant showed the victim's mother sanitized, non-CSAM still images from the videos shared by Max Cox on Signal. The mother identified her son in the images and confirmed that her son was born in 2017. The mother also recognized her son's Pikachu underwear and noted that he went through a Pikachu and Pokémon phase the previous year. The mother further stated that approximately a year ago the victim began soiling himself, but they could not determine the cause.

<u>Identifying Nico Cox</u>

12. ORM investigators reviewed the X account "@MaxCoxXL" that "Max Cox" posted in the Signal Group Chat. In the X account, investigators located several images of a white adult male with medium curly length brown hair. @MaxCoxXL posted images of an exposed adult penis, with the male's underwear pulled down. Some images showed black and white zebra-striped Jockey brand boxer briefs that appeared to be the same boxers seen in the CSAM files posted by Max Cox on Signal (described above). Using open-source information, investigators identified "Max Cox" and Nico Carrera Cox from Folsom, California.

13. On September 24, 2026, law enforcement searched Cox's residence pursuant to a federal search warrant. Review of Cox's cellphone pursuant to the warrant revealed Telegram messages between Cox and a contact saved in Cox's phone as "FM."[5]

14. On September 2, 2026, FM messaged Cox, "Any more hot vids bruh." In response, Cox sent FM over 20 videos containing CSAM, including videos depicting prepubescent children and infants. For example, one video depicts an adult male anally penetrating an infant. The focus of the camera is on the penetration. The infant has light brown skin and appears to be naked from the waist down. The adult male thrusts his penis multiple times into the infant's anus.

15. On July 20, 2026, Cox sent the following message to FM.

---

identity of the victim.

[5] Telegram is a free, cloud-based instant messaging and social media platform that lets you send text messages, share large files, and make voice or video calls.

> Was thinking about [Minor Victim] and you playing with him the other day [drool face emoji]. [6]

16. On July 23, 2026, Cox and FM exchanged the following messages:

> Cox: That's so hot // You have him tomorrow?
>
> FM: I'll have him tonite and a bit during the day tomroo // If u free at all later should stop by otherwise [a] few more weeks til he comes again Probably
>
> Cox: Fuck ok. I probably wouldn't make it there till after 12 // He's probably tired too
>
> FM: That's fine hehe up to u lil bro // And even better if he's tired hehehhe Maybe I'll be balls deep in him already hehe mmmm getting him stretched enough for yiur fat dick mmmmmm // No worries if u can't make it rho next time lemme know either way lik bruhhh // Lil *
>
> Cox: I just got off. Is he still awake?

17. On July 24, 2026, the following conversation occurred:

> Cox: That was the perfect day and night
>
> FM: Hell yeah I agree thank u lil bro // I'm so glad u enjoyed Hehehhee
>
> Cox: Nah thank you big bro for having me over // I loved just sitting with him on the couch and feeling him up
>
> FM: Don't like tell anyone especually like any info or names or whatever pleeez lil bro keep this our lil hot secret and we can have more n mkre fun in future
>
> Cox: My lips are sealed bro
>
> FM: Good boy

18. On September 5, 2026, at approximately 4:47PM, FM sent Cox a 12-second color video of the minor victim lying down on a futon like bed with grey sheets, with a red and sunflower print blanket, naked from the stomach down. The victim's penis is exposed, and the camera moves closer to the victim's penis during the video. The victim was watching something on a tablet.

---

[6] Cox used the minor victim's first name. The name was the same as the minor victim identified by the minor victim's mother from the Signal videos.

<u>Identifying Frank Nowitzki</u>

19. On September 24, 2026, your affiant interviewed Cox. Cox identified himself as the adult individual wearing the zebra-striped Jockey boxer briefs in the aforementioned Signal videos. Cox disclosed that he gained access to the minor victim through the victim's babysitter "Frank." Cox said that he communicated with Frank through Telegram and that Frank's contact display name was "FM."

20. Your affiant spoke with the parents of the minor victim, who identified "Frank" as "Frank John Nowitzki." The parents reported that Nowitzki was a family friend for over 10 years. Nowitzki also babysat the minor victim. The parents reported that the last time Nowitzki babysat the minor victim was early September 2026.

21. The victim's parents provided two photographs of Frank Nowitzki. Your affiant compared the photos to selfie style photos and videos "FM" sent to Cox through Telegram. The photos appeared to show the same person.

**<u>CONCLUSION</u>**

22. Based on the foregoing, there is probable cause to believe that, on or about September 2, 2026, FRANK JOHN NOWITZKI violated 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography.

//
//
//
//
//
//
//
//
//
//
//
//
//

**REQUEST FOR SEALING**

23. It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and arrest warrant. These documents discuss an ongoing criminal investigation that is not known to Nowitzki. Should he become aware of the investigation, evidence may be destroyed or the target may flee. Accordingly there is good cause to seal these documents because their premature disclosure may seriously jeopardize the investigation.

I declare under the penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

/s/
Special Agent Christopher Gecewicz
Federal Bureau of Investigation

Subscribed and sworn to before me on: October 1, 2026 by telephone pursuant to Fed. R. Crim. P. 41(d)(3).

Honorable Chi Soo Kim
United States Magistrate Judge
Eastern District of California
Sacramento, California

APPROVED AS TO FORM BY:

KIMBERLY SOKOLICH
ASSISTANT UNITED STATES ATTORNEY

**United States**
**v.**
**FRANK JOHN NOWITZKI**

**Penalties for Indictment**

**COUNT 1:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. §§ 2252(a)(2) – Receipt of Child Pornography |
| PENALTIES: | Mandatory Minimum 5 years and maximum 20 years in prison;<br>Not more than $250,000 fine, or both fine and imprisonment;<br>Supervised Release of at least 5 years and up to life<br>Restitution |
| SPECIAL ASSESSMENT: | $100 (felony); $5,000 if the defendant is non-indigent (JVTA/ 18 U.S.C. § 3014(a)(3)); up to $35,000 (18 U.S.C. § 2559A) |